| | |
|---|---|
| **ROBERT WISNIEWSKI P.C.**<br>ATTORNEYS-AT-LAW | 225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007<br>TEL: (212) 267-2101 • FAX: (212) 587-8115<br>WEBSITE: www.rwapc.com |

January 29, 2016

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
    *VIA ECF*

Re:    Aguilar et al v. Fine Foods Wholesale Dist. Inc., *et al.*
          Docket No. 12-cv-00784(AMD)(RML)

Dear Judge Levy:

    I represent Plaintiffs in this matter. Plaintiffs respectfully request an extension to file a fee application until February 22, 2016. There is no prejudice to any party.

    As per Your Honor's order dated January 7, 2016, you gave a deadline of February 7, 2016 to file my motion for attorney's fees. However, I am unable to meet this deadline due to my bookkeeper whom handles these matters is currently away on vacation. Upon her return, Plaintiffs will submit the motion accordingly. Also, by way of status, Defendants depositions have been scheduled for February 24th and 26th as per your order.

    Accordingly, Plaintiffs respectfully request an extension to file a fee application until February 22, 2016. Thank you for your attention to this matter.

                                Respectfully submitted,

                                _____/s/_____
                                Robert Wisniewski

cc: Joseph Kasper, Esq.
*Attorney for Defendants*
Via ECF